Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants BLICKER PIERCE WAGNER WINE MERCHANTS, LLC, BP WINE, BPWINE.COM, SLEEPER CELLARS, and NEW LAST BOTTLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BECKSTOFFER VINEYARDS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLICKER PIERCE WAGNER WINE MERCHANTS, LLC, a California limited liability company, doing business as BP WINE, BPWINE.COM and SLEEPER CELLARS; and NEW LAST BOTTLE WINES, INC., a California corporation, doing business as LAST BOTTLE; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00634-LB<br><br>**DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>Judge:          Hon. Laurel Beeler<br>Date Action Filed:  February 13, 2023<br>Trial Date:       Not yet set |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

43444\15338029.6

Defendants Blicker Pierce Wagner Wine Merchants, LLC, doing business as BP Wine and BPWine.com; Sleeper Cellars; and New Last Bottle, Inc., doing business as Last Bottle[1] (collectively "Defendants") answer Plaintiff Beckstoffer Vineyards' ("Beckstoffer" or "Plaintiff") Complaint filed on February 13, 2023, Docket Item No. 1 ("Complaint") as follows.  To the extent that the headings of the Complaint are construed as allegations, they are each denied.  Defendants further deny the allegations in the Complaint except as specifically admitted or qualified below.

## INTRODUCTION

1.    Paragraph 1 of the Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants admit that Plaintiff purports to bring this action under, *inter alia*, the Lanham Act for trademark infringement.  Defendants deny the remaining allegations of Paragraph 1 of the Complaint, and expressly deny that they have engaged in any wrongful conduct or that Plaintiff is entitled to any relief.

## THE PARTIES

2.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint, and on that basis, deny them.

3.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint, and on that basis, deny them.

4.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint, and on that basis, deny them.

5.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint, and on that basis, deny them.

6.    Admitted.

7.    Defendants admit that New Last Bottle, Inc., does business as "Last Bottle," with a listed address at 255 Lombard Road B, American Canyon, CA 94503.  Defendants further admit that Last Bottle is in the business of marketing, promoting, and selling bottled wine brands directly

---

[1] Plaintiff appears to have misnamed "New Last Bottle, Inc." as "New Last Bottle Wines, Inc." in this lawsuit.  Defendants' counsel has brought this to the attention of Plaintiff's counsel.  The entity responding herein is New Last Bottle, Inc., doing business as Last Bottle.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Case No. 3:23-cv-00634-LB

2

43444\15338029.6

to consumers through its website.  Defendants deny the remaining allegations in Paragraph 7 of the Complaint.

8. Defendants admit that Corey Wagner, Brent Pierce, and Stefan Blicker are the founders of Defendant Blicker Pierce Wagner Wine Merchants, LLC, but deny that Blicker Pierce Wagner Wine Merchants, LLC currently owns and/or controls Last Bottle or Sleeper Cellars.  Defendants further admit that Last Bottle promotes Sleeper Cellars wines as its "very own" wine label.  New Last Bottle, Inc. admits that it owns Last Bottle and Sleeper Cellars.  Defendants deny the remaining allegations of Paragraph 8 of the Complaint.

9. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint, and on that basis, deny them.

10. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint, and on that basis, deny them.

11. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint, and on that basis, deny them.

12. Paragraph 12 of the Complaint contains allegations to which no response is required.  To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint, and on that basis, deny them.

13. Paragraph 13 of the Complaint contains allegations to which no response is required.  To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint, and on that basis, deny them.

14. Denied.

15. Defendant Sleeper Cellars admits that it advertises and markets wine online through Last Bottle.  Defendants deny the remaining allegations of Paragraph 15 of the Complaint.

**JURISDICTION AND VENUE**

16. Paragraph 16 of the Complaint contains legal conclusions to which no response is

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

3

43444\15338029.6

required. To the extent that a response is required, Defendants admit that this Court has subject matter jurisdiction over this action.

17. Paragraph 17 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants admit that this Court has personal jurisdiction over Defendants and that venue is proper in this Court.

18. Paragraph 18 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants admit that venue is proper in this Court.

## FACTS COMMON TO ALL CLAIMS

**A.    Plaintiff's Registered Trademarks**

19. Defendants admit that Plaintiff purports to be the owner of record of U.S. Trademark Registration Nos. 559853, 5598349, 5598350, 5532737, and 5532738. No response is required to the remaining allegations of Paragraph 19 of the Complaint because they contain legal assertions or legal conclusions. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 of the Complaint, and on that basis, deny them.

20. Paragraph 20 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint, and on that basis, deny them.

21. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint, and on that basis, deny them.

**B.    Plaintiff's State Law and Common Law Rights**

22. Paragraph 22 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint, and on that basis, deny them.

23. Defendants lack knowledge or information sufficient to form a belief as to the truth

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

4

43444\15338029.6

of the allegations in Paragraph 23 of the Complaint, and on that basis, deny them.

24. Paragraph 24 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, on that basis, deny them.

**C.    Defendants' [Alleged] Infringing Acts**

25. Defendant Last Bottle admits that it sold wine bottles which included the words "Beckstoffer To Kalon Vineyard" on the front label of the bottles. Defendants deny the remaining allegations of Paragraph 25 of the Complaint.

26. Defendant Last Bottle admits that it sold wine bottles which included the words "Beckstoffer To Kalon Vineyard" on the front label of the bottles, online through Last Bottle. The remaining allegations of Paragraph 26 of the Complaint contain legal conclusions to which no response is required. To the extent that a response is required, Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint, and on that basis, deny them.

27. Denied.

28. Denied.

29. Paragraph 29 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint, and on that basis, deny them.

30. Defendant Last Bottle admits that it sold wine bottles which included the words "Beckstoffer To Kalon Vineyard" on the front label of the bottles, online through Last Bottle. The remaining allegations of Paragraph 30 of the Complaint contain legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the remaining allegations of Paragraph 30 of the Complaint.

31. Defendants admit that they operate in the alcohol and wine industry. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

5

43444\15338029.6

allegations in Paragraph 31, and on that basis, deny them.

32. Defendants admit that they operate in the alcohol and wine industry, and that they sell products online. Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 32, and on that basis, deny them.

33. Paragraph 33 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations of Paragraph 33 of the Complaint.

34. Paragraph 34 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations of Paragraph 34 of the Complaint.

35. Paragraph 35 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations of Paragraph 35 of the Complaint.

36. Paragraph 36 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations of Paragraph 36 of the Complaint, and specifically deny that Plaintiff was harmed as a result of Defendants' actions.

37. Paragraph 37 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations of Paragraph 37 of the Complaint, and specifically deny that Plaintiff was harmed as a result of Defendants' actions.

38. Paragraph 38 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations of Paragraph 38 of the Complaint, and specifically deny that Plaintiff was harmed as a result of Defendants' actions.

39. Paragraph 39 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations of Paragraph 39 of the Complaint, and specifically deny that Plaintiff was harmed and/or injured as a result of

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

6

43444\15338029.6

1  Defendants' actions and deny that Plaintiff is entitled to any remedies.

2      40.    Defendants admit that they are not affiliated with Plaintiff.  Defendants deny the
3  remaining allegations of Paragraph 40 of the Complaint.

### FIRST CAUSE OF ACTION

### TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114 et. seq.)

7      41.    Defendants incorporate their responses to the allegations in Paragraphs 1–40 as if
8  fully set forth herein.

9      42.    Defendants admit that Plaintiff purports to be the owner of record of U.S.
10 Trademark Registration Nos. 559853, 5598349, 5598350, 5532737, and 5532738.  No response is
11 required to the remaining allegations of Paragraph 42 of the Complaint because they contain legal
12 assertions or legal conclusions.  To the extent that a response is required, Defendants lack
13 knowledge or information sufficient to form a belief as to the truth of the remaining allegations in
14 Paragraph 42 of the Complaint, and on that basis, deny them.

15     43.    Denied.

16     44.    No response is required to the allegations of Paragraph 44 of the Complaint
17 because they contain legal assertions or legal conclusions.  To the extent that a response is
18 required, Defendants deny the allegations in Paragraph 44 of the Complaint.

19     45.    Denied.

20     46.    Defendants deny the allegations of Paragraph 46 of the Complaint, and specifically
21 deny that Plaintiff has suffered and/or was damaged as a result of Defendants' actions and deny
22 that Plaintiff is entitled to recover any damages.

23     47.    Defendants deny the allegations of Paragraph 47 of the Complaint, and specifically
24 deny that Plaintiff was harmed as a result of Defendants' actions and deny that Plaintiff is entitled
25 to any relief, including but not limited to injunctive relief.

26     48.    Denied.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR
DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

7

43444\15338029.6

## SECOND CAUSE OF ACTION

**FALSE DESIGNATION OF ORIGIN, FALSE ADVERTISING, AND UNFAIR COMPETITION**
**(15 U.S.C. §§ 1125(a) et seq.)**

49. Defendants incorporate their responses to the allegations in Paragraphs 1–48 as if fully set forth herein.

50. Paragraph 50 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint, and on that basis, deny them.

51. Paragraph 51 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint, and on that basis, deny them.

52. Defendants lack the knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint, and on that basis, deny them.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Defendants deny the allegations of Paragraph 57 of the Complaint, and specifically deny that Plaintiff has suffered and/or was damaged as a result of Defendants' actions.

58. Defendants deny the allegations of Paragraph 58 of the Complaint, and specifically deny that Plaintiff was harmed as a result of Defendants' actions and deny that Plaintiff is entitled to any relief, including but not limited to injunctive relief.

59. Denied.

60. Denied.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Case No. 3:23-cv-00634-LB

8

43444\15338029.6

### THIRD CAUSE OF ACTION

### MISAPPROPRIATION AND UNAUTHORIZED COMMERCIAL USE OF NAME AND PUBLICITY RIGHTS
### [Cal. Civ. Code § 3344]

61. Defendant reincorporates by reference its response to Paragraphs 1–60 as if fully set forth herein.

62. Denied.

63. Defendants deny the allegations of Paragraph 63 of the Complaint, and specifically deny that Plaintiff has suffered damages as a result of Defendants' actions and further deny that Defendants are liable to Plaintiff.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

### FOURTH CAUSE OF ACTION

### UNFAIR COMPETITION
### (California Business & Professions Code §§ 17200 et seq.)

72. Defendants incorporate their responses to the allegations in Paragraphs 1–71 as if fully set forth herein.

73. Denied.

74. Denied.

75. Denied.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

9

43444\15338029.6

# FIFTH CAUSE OF ACTION

## DILUTION
### (California Business & Professions Code §§ 14330 et seq.)

76. Defendants incorporate their responses to the allegations in Paragraphs 1–75 as if fully set forth herein.

77. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 of the Complaint, and on that basis, deny them.

78. Denied.

79. Denied.

80. Denied.

81. Defendants admit that they did not use the marks at issue in this lawsuit for comparative advertising or in advertising to compare the relative qualities of competitive goods. Defendants deny the remaining allegations of Paragraph 81 of the Complaint.

82. Denied.

# SIXTH CAUSE OF ACTION

## FALSE ADVERTISING
### (California Business & Professions Code §§ 17500 et seq.)

83. Defendants incorporate their responses to the allegations in Paragraphs 1–82 as if fully set forth herein.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

# SEVENTH CAUSE OF ACTION

## BREACH OF CONTRACT
### (Against Does 1-50)

88. Defendants incorporate their responses to the allegations in Paragraphs 1–87 as if fully set forth herein.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

10

43444\15338029.6

89. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 of the Complaint, and on that basis, deny them.

90. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 of the Complaint, and on that basis, deny them.

91. Denied.

92. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 of the Complaint, and on that basis, deny them.

93. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 of the Complaint, and on that basis, deny them.

94. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 of the Complaint, and on that basis, deny them.

## EIGHTH CAUSE OF ACTION

## CONSTRUCTIVE TRUST

95. Defendants incorporate their responses to the allegations in Paragraphs 1–94 as if fully set forth herein.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

## NINTH CAUSE OF ACTION

## ACCOUNTING

100. Defendants incorporate their responses to the allegations in Paragraphs 1–99 as if fully set forth herein.

101. Denied.

102. Defendants deny the allegations in Paragraph 102 of the Complaint, and specifically deny that Defendants owe any money to Plaintiff.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any relief sought in the Complaint. The above

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF - Case No. 3:23-cv-00634-LB

11

43444\15338029.6

answers are based on the information currently available to Defendants, and Defendants reserve the right to amend those answers based on information later discovered, offered, or pled.

**AFFIRMATIVE AND OTHER DEFENSES**

Defendants assert the following separate and additional defenses to the Complaint, without assuming the burden of proof on such defenses that would otherwise fall on Plaintiff. Defendants reserve the right to seek leave to amend these defenses based on their ongoing investigation and discovery into the matters alleged in the Complaint. Defendants do not knowingly or intentionally waive any applicable defenses.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

103. The Complaint and each cause of action contained within it fail to state facts sufficient to constitute a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Innocent Infringement)**

104. Each of the purported claims for relief in the Complaint is barred, in whole or in part, because any infringement here was innocent.

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver)**

105. Each of the purported claims for relief in the Complaint is barred, in whole or in part, because Plaintiff has waived any claims in this action.

**FOURTH AFFIRMATIVE DEFENSE**

**(Implied License)**

106. Each of the purported claims for relief in the Complaint is barred, in whole or in part, because Defendants had an implied license, to the extent one was necessary, to use the trademarks at issue in this action.

**FIFTH AFFIRMATIVE DEFENSE**

**(Acquiescence and Estoppel)**

107. Each of the purported claims for relief in the Complaint is barred, in whole or in

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

12

43444\15338029.6

part, by the defense of acquiescence and estoppel.

## SIXTH AFFIRMATIVE DEFENSE

### (Consent)

108. Each of the purported claims for relief in the Complaint is barred, in whole or in part, by the defense of consent.

## SEVENTH AFFIRMATIVE DEFENSE

### (Non-Infringement)

109. Each of the purported claims for relief in the Complaint is barred, in whole or in part, by the defense of non-infringement of any and all trademarks at issue in this action.

## EIGHTH AFFIRMATIVE DEFENSE

### (Ratification)

110. Each of the purported claims for relief in the Complaint is barred, in whole or in part, by the defense of ratification.

## NINTH AFFIRMATIVE DEFENSE

### (Third-Party Use)

111. Each of the purported claims for relief in the Complaint is barred, in whole or in part, by the defense of third-party use.

## TENTH AFFIRMATIVE DEFENSE

### (Good Faith)

112. Each of the purported claims for relief in the Complaint is barred, in whole or in part, by the defense of good faith.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Laches)

113. Without admitting that the Complaint states a claim or that damages exist, each of the purported claims for relief in the Complaint is barred, in whole or in part, by the defense of laches.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

13

43444\15338029.6

**TWELFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

114. Without admitting that the Complaint states a claim or that damages exist, each of the purported claims for relief in the Complaint is barred, in whole or in part, by Plaintiff's failure to mitigate damages.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Offset)**

115. Without admitting that the Complaint states a claim or that damages exist, each of the purported claims for relief in the Complaint is barred, in whole or in part, by the defense of offset if Plaintiff is entitled to any damages.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Causation)**

116. Without admitting that the Complaint states a claim or that damages exist, the Complaint fails because Defendants were not the actual or proximate cause of any damage to Plaintiff.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Lawful Use)**

117. Defendants' use of the words "Beckstoffer To Kalon Vineyard" is lawful.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants requests that this Court enter a judgment in their favor and against Plaintiff as follows:

    a. Dismissing Plaintiff's Complaint in its entirety and entering judgment for Defendants and against Plaintiff;

    b. That Plaintiff take nothing by its Complaint;

    c. For costs of suit, including reasonable attorneys' fees; and

    d. For other and further relief as this Court may deem just and proper.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

14

43444\15338029.6

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants hereby demand a jury trial of all issues triable of right by a jury.

Dated:  March 17, 2023						FARELLA BRAUN + MARTEL LLP

							By:	*/s/ Jeffrey M. Fisher*
								Jeffrey M. Fisher

							Attorneys for Defendants BLICKER PIERCE WAGNER WINE MERCHANTS, LLC, BP WINE, BPWINE.COM, SLEEPER CELLARS, and NEW LAST BOTTLE, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF -
Case No. 3:23-cv-00634-LB

15

43444\15338029.6