Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Sushila Chanana (State Bar No. 254100)
schanana@fbm.com
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants BLICKER PIERCE WAGNER WINE MERCHANTS, LLC, BP WINE, BPWINE.COM, SLEEPER CELLARS, and NEW LAST BOTTLE, INC.

Philip J. Terry (State Bar No. 148144)
pterry@cmprlaw.com
Kimberly Corcoran (State Bar No. 148229)
kcorcoran@cmprlaw.com
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, CA  95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707

Attorneys for Plaintiff BECKSTOFFER VINEYARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BECKSTOFFER VINEYARDS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLICKER PIERCE WAGNER WINE MERCHANTS, LLC, a California limited liability company, doing business as BP WINE, BPWINE.COM and SLEEPER CELLARS; and NEW LAST BOTTLE, INC., a California corporation, doing business as LAST BOTTLE; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00634-LB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>The Hon. Laurel Beeler<br><br>Date Action Filed: February 13, 2023<br>Trial Date:         Not yet set |

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
- Case No. 3:23-cv-00634-LB

43444\16425555.1

Plaintiff Beckstoffer Vineyards ("Beckstoffer") and Defendants Blicker Pierce Wagner Wine Merchants, LLC, doing business as BP Wine and BPWine.com; Sleeper Cellars; and New Last Bottle, Inc., doing business as Last Bottle (collectively "Defendants" or "Sleeper Cellars") have resolved the issues between them arising from the above-entitled action and have entered into a binding settlement agreement without any admissions whatsoever.  Each of the parties hereby stipulate and agree through their respective counsel to dismiss the present action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs, attorneys' fees and other expenses arising from or relating to this litigation.  The parties further agree that this Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

Dated:  October 13, 2023                    FARELLA BRAUN + MARTEL LLP

By:    /s/ Jeffrey M. Fisher
         Jeffrey M. Fisher

Attorneys for Defendants BLICKER PIERCE WAGNER WINE MERCHANTS, LLC, BP WINE, BPWINE.COM, SLEEPER CELLARS, and NEW LAST BOTTLE, INC.

Dated:  October 13, 2023                    CARLE, MACKIE, POWER & ROSS LLP

By:    /s/ Philip J. Terry
         Philip J. Terry

Attorneys for Plaintiff BECKSTOFFER VINEYARDS

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
- Case No. 3:23-cv-00634-LB

2

43444\16425555.1

**ATTESTATION**

I, Jeffrey M. Fisher, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated: October 13, 2023                     FARELLA BRAUN + MARTEL LLP

By: _____/s/ Jeffrey M. Fisher_____
      Jeffrey M. Fisher

Attorneys for Defendants BLICKER PIERCE WAGNER WINE MERCHANTS, LLC, BP WINE, BPWINE.COM, SLEEPER CELLARS, and NEW LAST BOTTLE, INC.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, this case is hereby dismissed with prejudice.

Dated: _____            _____
                                                                            The Honorable Laurel Beeler
                                                                            United States Magistrate Judge

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
- Case No. 3:23-cv-00634-LB

3

43444\16425555.1